USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/30/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                  :

MARQUETTE TRANSPORTATION   :
FINANCE, LLC,                                :

                          Plaintiff,   :

                                      :          18 Civ. 9879 (LGS)
                 -against-             :

                                      :               <u>ORDER</u>

SOLEIL CHARTERED BANK, et al.,   :

                          Defendants   :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order dated May 2, 2019, stayed discover in this matter. It is hereby

**ORDERED** that the stay on discovery is lifted as to Marquette Transportation Finance, LLC's alter-ego claim against Govind Srivastava.

Dated: December 30, 2019
       New York, New York

                                                            **LORNA G. SCHOFIELD**
                                                 **UNITED STATES DISTRICT JUDGE**