USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMB Bank, N.A., d/b/a UMB Capital Finance,

            Plaintiff,

-against-

Soleil Chartered Bank; Soleil Capitale Corporation; Soleil Capitale Group; and Govind Srivastava,

            Defendants.

Case No. 18-cv-09879 (LGS)(BCM)

**ORDER**

WHEREAS, on January 16, 2020, an Amended Opinion and Order was issued [ECF 107], granting Plaintiff's motion for summary judgment against Defendant Soleil Chartered Bank for its wrongful refusal to honor Plaintiff's request on January 4, 2020 for payment of Seven Million Dollars ($7,000,000.00) pursuant to a letter of credit;

WHEREAS, on February 5, 2020, an Order was issued [ECF 115], granting Plaintiff's motion to certify the Amended Opinion and Order as a final judgment against Soleil Chartered Bank, pursuant to Rule 54(b).

WHEREAS, on February, 14, 2020, Plaintiff filed a letter motion, requesting entry of a money judgment against Soleil Chartered Bank, pursuant to Fed. R. Civ. P. 58. Accordingly, it is hereby:

ORDERED that Soleil Chartered Bank shall pay the following amounts to Plaintiff:

    (i)    Seven Million Dollars ($7,000,000.00);

    (ii)    pre-judgment interest on the foregoing, at the legal rate of 9% per annum from September 4, 2018 to the date judgment is entered; and

    (iii)    post-judgment interest on all of the foregoing, at the legal rate pursuant to 28 U.S.C. § 1961, from the date judgment is entered to the date of satisfaction of the judgment; and it is further

ORDERED that, consistent with this Order, the Clerk of Court is respectfully directed to enter judgment against Soleil Chartered Bank, in favor of Plaintiff.

Dated: February 18, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**