UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UMB Bank, N.A., d/b/a UMB Capital Finance,
                                    Plaintiff,

-against-

18 **CIVIL** 9879 (LGS)(BCM)

## JUDGMENT

Soleil Chartered Bank; Soleil Capitale
Corporation; Soleil Capitale Group; and Govind
Srivastava,
                                  Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 18, 2020, judgment is entered against Soleil Chartered Bank, and in favor of Plaintiff in the amount of: (i) Seven Million Dollars ($7,000,000.00); (ii) pre-judgment interest on the foregoing, at the legal rate of 9% per annum from September 4, 2018 to the date judgment is entered, in the amount of $919,972.60; and (iii) post-judgment interest on all of the foregoing, at the legal rate pursuant to 28 U.S.C. § 1961, from the date judgment is entered to the date of satisfaction of the judgment.

**Dated:** New York, New York
         February 19, 2020

                                                            RUBY J. KRAJICK

                                                            Clerk of Court
                        BY:

                                                            **Deputy Clerk**