UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMB BANK, N.A. d/b/a UMB CAPITAL FINANCE,

    Plaintiff,

-against-

GOVIND SRIVASTAVA,

    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2020

18-CV-9879 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the April 2, 2020 telephonic conference, it is hereby ORDERED that:

1. No later than **April 10, 2020**, defendant shall serve his verified responses to plaintiff's interrogatories. An electronic signature will suffice for the verification.

2. No later than **April 23, 2020**, and to the extent possible given the restrictions resulting from the national health emergency, defendant shall produce documents in response to plaintiff's requests for production, along with any required revisions to his previously served written responses to those requests for production. To the extent defendant withholds documents from production on the basis of privilege, defendant shall concurrently serve a privilege log in compliance with Local Civil Rule 26.2.

3. Judge Moses will conduct a further telephonic status conference on **April 30, 2020, at 10:00 a.m.** At that time, counsel are directed to call the Court's conference line **(888) 557-8511** and enter the access code **7746387**. In advance of the conference, and no later than **April 28, 2020**, the parties shall submit a joint letter updating the Court on the progress of discovery, identifying any disputes that require judicial resolution, and proposing a schedule for the remainder of

written discovery and deposition discovery. In the event of disputes requiring judicial resolution, the joint letter shall succinctly state the parties' respective positions, without extended argument, and shall include, as attachments, copies of the disputed discovery demands and/or responses, in compliance with Moses Indiv. Prac. § 2(b). It is the intention of the Court to decide any such disputes at the April 30 conference, based upon the joint letter and such argument as may be presented at the conference.

Dated: New York, New York
April 2, 2020

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**